HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

STATE OF WASHINGTON, et al.,

Defendants.

No. C70-9213 RSM

Subproceeding 83-6
Subproceeding 90-1

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER**

The undersigned parties jointly submit this stipulation to dismiss consolidated subproceeding 83-6 and 90-1, without prejudice and under Federal Rule of Civil Procedure 41(a)(2), pursuant to the Court's Order Directing the Filing of a Stipulated Dismissal Without Prejudice of April 1, 2024 (Dkt. 411), in which the Court directed the parties to "submit a stipulated dismissal of this subproceeding setting forth terms for dismissal without prejudice within thirty (30) days." Below are set forth the terms of the proposed stipulation to dismiss the consolidated subproceeding without prejudice, in conformance with the Court's April 1, 2024, Order.

The Court's April 1, 2024, Order succinctly summarized the "'lengthy and complex'" history of this consolidated subproceeding, *id*. at 1-2, based on the procedural history in the parties' Joint Status Report and Joint Motion to Extend Stay, dated March 7, 2024 (Dkt. 408). In relevant part, after many years of inactivity in the consolidated subproceeding, the Court issued a

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

minute order on February 6, 2024, in which the Court directed the parties to submit a Joint Status Report within 30 days (Dkt 407). On March 7, 2024, the parties submitted the Joint Status Report and Joint Motion for Stay. The Court denied the motion in its April 1, 2024, Order, and instead directed the parties to "submit a stipulated dismissal of this subproceeding setting forth terms for dismissal without prejudice within thirty (30) days. Dkt. 411 at 3. The Order also provided that "[i]f the parties cannot agree on such [stipulated dismissal], the Court will enter a dismissal with the relevant terms set forth in the prior stipulation dated May 16, 1988." *Id.*

The undersigned parties conferred and reached agreement on the instant stipulation to dismiss without prejudice. The undersigned parties are all 24 plaintiff and plaintiff-intervenor tribes,[1] all three defendant and defendant-intervenor states,[2] and plaintiff the United States. Given the consensus reached by all of the parties to the subproceeding, the following stipulation to dismiss without prejudice, which includes*, inter alia*, terms that would allow reinstatement of this consolidated subproceeding and preserve all interventions granted by the Court, is submitted in conformance with the Court's April 1, 2024, Order.

**Stipulation to Dismiss Without Prejudice**

Based on the foregoing, the undersigned parties jointly stipulate to dismiss this consolidated subproceeding, without prejudice, under Federal Rule 41(a)(2) and further stipulate to the following terms:

1. Subproceedings 83-6 and 90-1 are dismissed without prejudice, and the dismissal

---

[1] Confederated Tribes of the Umatilla Indian Reservation, Confederated Tribes of the Warm Springs Reservation of Oregon, Hoh Tribe, Jamestown S'Klallam Tribe, Lower Elwha Klallam Tribe, Lummi Nation, Makah Indian Tribe, Muckleshoot Indian Tribe, Nez Perce Tribe, Nisqually Indian Tribe, Nooksack Indian Tribe, Port Gamble S'Klallam Tribe, Puyallup Tribe of Indians, Quileute Indian Tribe, Quinault Indian Nation, Sauk-Suiattle Indian Tribe, Skokomish Indian Tribe, Squaxin Island Tribe, Stillaguamish Tribe of Indians, Suquamish Indian Tribe, Swinomish Indian Tribal Community, Tulalip Tribes, Upper Skagit Indian Tribe, and Yakama Nation.

[2] States of Washington, Oregon, and Alaska.



ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

does not operate as an adjudication on the merits.

2. The dismissal is without imposition of terms or further conditions on plaintiffs per Fed. R. Civ. P. 41(d) either now or in the future.

3. The dismissal is without imposition of statutory costs, attorneys fees, or expenses incurred by defendants per Fed. R. Civ. P. 41(d) either now or in the future.

4. This consolidated subproceeding may be reinstated by any party, at any time, without precondition or limitation.

5. The entire record of this consolidated subproceeding, including the orders granting limited intervention for the purpose of this consolidated subproceeding to the Confederated Tribes of the Warm Springs Reservation of Oregon, the Confederated Tribes of the Umatilla Indian Reservation, the Nez Perce Tribe, the State of Oregon (Dkt. 9981, January 6, 1984), and the State of Alaska (Dkt. 14705, January 27, 1995), shall be refiled and given full effect if this action is reinstated.

6. Within 60 days of reinstatement, plaintiff tribes will file an amended or supplemental Request for Determination which shall, *inter alia*, summarize the state of these subproceedings and update the Request where appropriate.

7. If this consolidated subproceeding is reinstated, or if an action or new subproceeding is filed based on or including the same claim as this consolidated subproceeding, the parties waive the defense that the consolidated subproceeding as of the time of dismissal no longer presented a case or controversy and waive objections as to waiver, laches, or estoppel that are based upon this dismissal of this consolidated subproceeding.

8. Nothing herein shall preclude any party from filing or maintaining any action to challenge management or accounting methods of any fish runs.

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

Dated: May 1, 2024.

ZIONTZ CHESTNUT

s/ Brian C. Gruber
Brian C. Gruber, WSBA #32210
Anna E. Brady, WSBA #54323
2101 Fourth Avenue, Suite 1230
Seattle, Washington 98121
bgruber@ziontzchestnut.com
abrady@ziontzchestnut.com

*Attorneys for Makah Indian Tribe*

MORISSET SCHLOSSER JOZWIAK AND SOMERVILLE

s/ Mason D. Morisset
Mason D. Morisset, WSBA #273
811 First Ave, Suite 218
Seattle, Washington 98104
Telephone: (206) 386-5200
m.morisset@msaj.com

*Attorneys for the Tulalip Tribes*

s/ David W. Babcock
David W. Babcock, WSBA #31737
Amalia R. Walton, WSBA #36754
3711 SE Old Olympic Hwy
Shelton, WA 98584
Phone: 360.432.1771
Fax: 360.432.3699
E-Mail: dbabcock@squaxin.us
awalton@squaxin.us

*Attorneys for the Squaxin Island Tribe*

NISQUALLY INDIAN TRIBE

s/ *Meghan E. Gavin*

Meghan E. Gavin, WSBA No. 50124
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, Washington 98101
Telephone: (206) 292-6300
*mgavin@cascadialaw.com*

s/ *Maryanne E. Mohan*
Maryanne E. Mohan, WSBA #47346
Office of Tribal Attorney
P.O. Box 98
Suquamish, WA 98392
Telephone (360) 394-8489
mmohansuquamish.nsn.us

*Attorney for Suquamish Indian Tribe*

*Law Office*
PUYALLUP TRIBE OF INDIANS

/s/ Samuel J. Stiltner
Samuel J. Stiltner, WSBA 7765
3009 Portland Avenue
Tacoma, WA 98404
sam.stiltner@puyalluptribe-nsn.gov
Of Attorneys for Puyallup Tribe of Indians

s/Earle David Lees, III, WSBA No. 30017
Skokomish Legal Department
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
Email: elees@skokomish.org
Tel: 360.877.2100
Fax: 360.877.2104

*Attorney for the Skokomish Indian Tribe*

s/ LAUREN RASMUSSEN
LAUREN RASMUSSEN, WSBA # 33256
Law Office of Lauren P. Rasmussen PLLC
1215 - Fourth Avenue, Suite 1350
Seattle, WA 98161
(206) 623-0900
lauren@rasmussen-law.com

*Attorney for the Jamestown S'Klallam Tribe and the Port Gamble S'Klallam Tribe*

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 4

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

s/ Samuel D. Hough
Samuel D. Hough, WSBA #35284
Office of Tribal Attorney
Lower Elwha Klallam Tribe
2851 Lower Elwha Road
Port Angeles, Washington 98363
sam.hough@elwha.org

*Attorney for Lower Elwha Klallam Tribe*

s/ Gabriel D. Cantu
Gabriel D. Cantu
Lummi Indian Business Council
Office of The Reservation Attorney
2665 Kwina Road
Bellingham, Washington 98226
Tel: (360) 384-7110
gabrielc@lummi-nsn.gov

*Attorney for the Lummi Nation*

s/Eric Nielsen
Eric Nielsen, WSBA #12773
2200 Sixth Avenue, Suite 1250
Seattle, Washington 98121
nielsene@nwattorney.net

*Attorney for Quinault Indian Nation*

*Attorneys for the Hoh Indian Tribe*

DORSAY & EASTON, LLP

By: s/ *Craig J. Dorsay*
s/ *Lea Ann Easton*
s/ *Kathleen Gargan*
Craig J. Dorsay, WSBA # 9245
Lea Ann Easton, WSBA # 38685
Kathleen Gargan, WSBA # 56452
1737 NE Alberta St., Suite 208
Portland, OR 97211
Phone: (503) 790-9060
Email: craig@dorsayindianlaw.com
leaston@dorsayindianlaw.com
katie@dorsayindianlaw.com

s/ M. Brent Leonhard
M. Brent Leonhard, WSBA #27403
Office of Legal Counsel
Confederated Tribes of the Umatilla Indian Reservation
46411 Timine Way
Pendleton, Oregon 97801
brentleonhard@ctuir.org

*Attorney for the Confederated Tribes of the Umatilla Indian Reservation*

s/David J. Cummings
David J. Cummings (WSB # 33551)
Nez Perce Tribe
Office of Legal Counsel
P.O. Box 05
Main Street & Bever Grade
Lapwai, ID 83540
(208) 843.7355
djc@nezperce.org

*Attorney for the Nez Perce Tribe*

s/ Josh Newton
Josh Newton, WSBA #60987
Howard Arnett
360 SW Bond Street, Suite 400
Bend, Oregon 97702
Josh.newton@bbklaw.com
Howard.arnett@bbklaw.com

*Attorneys for the Confederated Tribes of the Warm Springs Reservation of Oregon*

s/Jack W. Fiander
Jack Warren Fiander, WSBA No. 13116
Towtnuk Law Offices Ltd
Sacred Ground Legal Services Inc
5808A Summitview Avenue, Ste 93
Yakima, WA 98908
509-969-4436
Email: towtnuklaw@msn.com

*Attorney for Sauk-Suiattle Indian Tribe*

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 5

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

s/ Charles N. Hurt, Jr.
Charles N. Hurt, Jr.
WSBA #46217
Senior Tribal Attorney
Nooksack Indian Tribe
5047 Mt Baker Hwy, PO Box 63
Deming, WA 98244
(360) 592-4158
churt@nooksack-nsn.gov

*Attorney for the Nooksack Indian Tribe*

/s/Kelly Mennemeier
Kelly Mennemeier, WSBA # 51838
Chloe Villagomez, WSBA # 43732
Foster Garvey P.C.
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: Kelly.mennemeier@foster.com
Email: chloe.villagomez@foster.com

*Attorneys for Quileute Tribe*

*s/ Raven Arrowway-Healing*
Raven Arroway-Healing, WSBA #42373
Email: rhealing@stillaguamish.com
Stillaguamish Tribe of Indians
3322 - 236th St NE
Arlington, WA 98223
Tel: (360) 572-3074

UPPER SKAGIT INDIAN TRIBE
By: *s/ David S. Hawkins*
David S. Hawkins, WSBA # 35370
General Counsel
25944 Community Plaza Way
Sedro-Woolley, WA 98284
Telephone: (360) 854-7090
Email: dhawkins@upperskagit.com

s/ Emily Haley
Emily Haley, WSBA #38284
Office of Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, Washington 98257
Telephone: 360.466.1134
Facsimile: 360.466.5309
Email: ehaley@swinomish.nsn.us

*Attorney for the Swinomish Indian Tribal Community*

s/ Ethan Jones
Ethan Jones, WSBA #46911
Yakama Nation Office of Legal Counsel
P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org

*Attorney for the Yakama Nation*

s/ Trent S.W. Crable
Trent S.W. Crable, WSBA #38227
Office of the Tribal Attorney
39015 172nd Avenue SE
Auburn, WA 98092
Telephone: (253) 876-3185
Trent.Crable@muckleshoot.nsn.us

*Attorney for the Muckleshoot Indian Tribe*

s/ Vanessa Boyd Willard
Todd Kim
Assistant Attorney General
Vanessa Boyd Willard
Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
vanessa.willard@usdoj.gov

*Attorneys for the United States*

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 6

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

ROBERT W. FERGUSON
Attorney General

*s/ Joseph V. Panesko*
JOSEPH V. PANESKO, WSBA 25289
Senior Counsel
1125 Washington Street SE
Post Office Box 40100
Olympia, Washington 98504-0100

*Attorneys for State of Washington*

ELLEN F. ROSENBLUM
Attorney General

s/ Carla A. Scott
CARLA A. SCOTT #054725
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Of Attorneys for State of Oregon

*s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen, WSBA 23923
Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
sbrandterichsen@nossaman.com

*Attorneys for State of Alaska*

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 7

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

**ZIONTZ CHESTNUT**
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing Joint Stipulation to Dismiss Without Prejudice and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in this matter who are registered with the Court's CM/ECF filing system.

s/ Laura Bartholet
Laura Bartholet, Paralegal

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 8

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

**ORDER**

For good cause shown, the Joint Stipulation to Dismiss Without Prejudice is GRANTED, subject to the terms set forth therein, which this Court considers proper. This stipulated dismissal does not operate as an adjudication on the merits of the action or any related action. This consolidated subproceeding is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 9

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

**ZIONTZ CHESTNUT**
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962